JR., Individually and as Executor, etc., of FRANCIS J. OAKES, Deceased.— Decree affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

PAUL GALIBERT, Respondent, v. ARTHUR H. SAWYER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

PEARL LA VAN ALLEN, Appellant, v. GEORGE W. ALLEN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.; O'Malley, J., dissents.

EDITH DORNBUSCH, Respondent, v. WILLIAM F. DORNBUSCH, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Proskauer, J., dissents and votes for reversal and a new trial unless plaintiff stipulates to reduce the verdict to the sum of $525, and for affirmance of the judgment as so modified in the event that such stipulation be given.

FLORENCE K. KRAUSSE, Respondent, v. MANUFACTURERS TRUST COMPANY, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that the finding of the jury that the defendant was negligent is against the weight of the evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

GEORGE KRAUSSE, Respondent, v. MANUFACTURERS TRUST COMPANY, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that the finding of the jury that the defendant was negligent is against the weight of the evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ISABELLE SAMUELS, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

NETHERLANDS CORPORATION FOR OVERSEA TRADE, INC., Appellant, v. LEVANT AMERICAN COMMERCIAL Co., INC., Respondent, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

104 WEST 18TH STREET REALTY CORPORATION, Respondent, v. MAC & MAC GARAGE, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

GEORGE SHAMYER and Another, Respondents, v. HERMAN STRAUSS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HYMAN LEFKOWITZ, an Infant, by His Guardian ad Litem, DAVID LEFKOWITZ, Respondent, v. JOHN T. WHALEN, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Martin, J., dissents and votes for reversal and a new trial on the ground that the verdict is clearly against the weight of the credible evidence.

DAVID LEFKOWITZ, Respondent, v. JOHN T. WHALEN, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Martin, J., dissents and votes for reversal and a new trial on the ground that the verdict is clearly against the weight of the credible evidence.